**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, : <br> : <br> v. : <br> : Case No.: 7:21-CR-48 (WLS-TQL-14) <br> : <br> RISHAUN RICHARDSON, : <br> : <br> : <br> Defendant. : <br> : | |

**ORDER**

A sentencing hearing was scheduled to take place in this matter on November 30, 2022. (Doc. 381.) At the November 30, 2022, sentencing hearing, the Government and Defendant were present, but Defense Counsel was not. As the Court could not proceed without Defense Counsel's presence, Defendant's sentencing was continued to a date to be determined by the Court.

The Court subsequently entered an Order directing Defense Counsel to show cause why Defense Counsel failed to appear at the November 30, 2022, sentencing hearing. (doc. 504.) Defense Counsel timely complied filing two Responses. (Docs. 508 & 509.) Therein, Defense Counsel noted that he had inadvertently missed notice of the hearing and also had the flu on the date in question. (Docs. 508 & 509.)

The Court enters this Order to acknowledge receipt of Defense Counsel's Responses to this Court's Order to show cause. No further action in this regard is necessary.

**SO ORDERED**, this 12th day of December, 2022.

                                                   /s/ W. Louis Sands
                                                 **W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**